1

2

3

4

5

6

7           UNITED STATES DISTRICT COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9              WESTERN DIVISION

10

11 AR-RAHEEM MALIK,                    )  No. CV 10-02031-JFW (VBK)
                                       )
12              Petitioner,            )  ORDER (1) ACCEPTING AND ADOPTING
                                       )  THE REPORT AND RECOMMENDATION OF
13      v.                             )  THE UNITED STATES MAGISTRATE
                                       )  JUDGE, AND (2) DISMISSING THE
14 JOHN MARSHALL,                      )  PETITION FOR WRIT OF HABEAS
                                       )  CORPUS
15              Respondent.            )
   _____)

16

17     Pursuant to 28 U.S.C. §636, the Court has made a <u>de</u> <u>novo</u> review

18 of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's

19 Answer, Petitioner's Reply, all of the records herein and the Report

20 and Recommendation of the United States Magistrate Judge ("Report").

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1    **IT IS ORDERED** that: (1) the Court accepts and adopts the Report

2   and Recommendation, (2) the Court declines to issue a Certificate of

3   Appealability ("COA");[1] and (3) Judgment be entered denying and

4   dismissing the Petition with prejudice.

5

6   DATED: March 2, 2011                    _____
                                             JOHN F. WALTER
7                                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20   _____

21        [1]    Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
     applicant has made a substantial showing of the denial of a
22   constitutional right."  The Supreme Court has held that, to obtain a
     Certificate of Appealability under §2253(c), a habeas petitioner must
23   show that "reasonable jurists could debate whether (or, for that
     matter, agree that) the petition should have been resolved in a
24   different manner or that the issues presented were 'adequate to
     deserve encouragement to proceed further'."  Slack v. McDaniel, 529
25   U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks
     omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
26   1029 (2003).  After review of Petitioner's contentions herein, this
     Court concludes that Petitioner has not made a substantial showing of
27   the denial of a constitutional right, as is required to support the
     issuance of a COA.
28