JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| AR-RAHEEM MALIK, | ) | No. CV 10-02031-JFW (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| JOHN MARSHALL, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

    **IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: March 2, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE